Rick G. Brewster
1513 Flamingo Way
Sunnyvale, CA 94087
(408) 857-7814
(408) 730-6964 (FAX)

Daomin Yang
1513 Flamingo Way
Sunnyvale, CA 94087
(408) 505-7268
(408) 730-6964 (FAX)

Plaintiffs

FILED

2007 JUN 11  A 10: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

#99
Fees Pd
NP



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK G. BREWSTER and DAOMIN YANG, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director of the U.S. Citizenship & Immigration Services; <br> DAVID N. STILL, District Director of the U.S. Citizenship & Immigration Services for San Francisco and San Jose Sub Office; <br> FRANCIS D. SICILIANO, Officer-in-Charge of the U.S. Citizenship & Immigration Services Sub Office for San Jose; <br> ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, <br><br> Defendants. | C07 03011 RS <br><br> Case No. _____ <br><br> COMPLAINT <br><br> CIVIL ACTION |

1. **Jurisdiction.** This court has jurisdiction over this complaint because it arises under the laws of the United States. Particularly, jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq*, and 28 USC §2201 *et seq*. Relief is requested pursuant to said statutes.

2. **Venue.** Venue is appropriate in this court because at least one of the defendants reside in this district, and a substantial amount of the acts and omissions giving rise to this lawsuit occurred in this district. Venue is proper in this court pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant is located and performs his official duties.

3. **Intradistrict Assignment.** This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which give rise to this lawsuit occurred in Santa Clara County.

PARTIES

4. Plaintiffs Rick G. Brewster and Daomin Yang, husband and wife, reside at 1513 Flamingo Way, Sunnyvale, CA. Rick G. Brewster is the petitioner and Daomin Yang is the alien relative in an I-130 Petition for Alien Relative and Daomin Yang is the beneficiary of the related I-485, Application to Register Permanent Resident or Adjust Status, filed with the USCIS on October 24, 2003.

5. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with the enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC §1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

6. Defendant Emilio T. Gonzalez is the Director of the U.S. Citizenship & Immigration Services (USCIS) and an official generally charged with the supervisory authority over all operations of the USCIS. 8 CFR §103.1(g)(2)(ii)(B).

7. Defendant David N. Still, District Director, is an official of the U.S. Citizenship & Immigration Services (USCIS) and is generally charged with authority over operations of the USCIS within his District and including his District's associated Sub Offices, including the Sub Office for San Jose. 8 CFR §103.1(g)(2)(ii)(B).

8. Defendant Francis D. Siciliano, Officer-in-Charge, is an official of the U.S. Citizenship & Immigration Services (USCIS) and is generally charged with

authority over operations of the USCIS within the District of San Francisco's Sub Office for San Jose. 8 CFR §103.1(g)(2)(ii)(B).

9. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigation (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the USCIS, and is generally charged with authority over operations of the FBI.

## COMPLAINT

10. This action is brought against the Defendants to compel action and completion of the unreasonably delayed completion of processing of an I-130 Petition for Alien Relative and the related I-485 Application to Register Permanent Resident or Adjust Status filed October 24, 2003 by the Plaintiffs, Rick G. Brewster, petitioner and Daomin Yang, alien relative and beneficiary. The petition and application were filed and remain within the jurisdiction of the Defendants, who have improperly delayed completion of processing of the petition and application to Plaintiffs' detriment and hardship.

## EXHAUSTION OF REMEDIES

11. The Plaintiffs have exhausted their administrative remedies. The Plaintiffs have supplied the USCIS documents that clearly establish the eligibility of Plaintiff Brewster to petition and the eligibility and acceptability of Plaintiff Yang to be the beneficiary to Register Permanent Resident or Adjust Status.

12. Plaintiffs have requested the USCIS San Jose Sub Office on two different occasions of any change in status and have requested all efforts be made to expedite the completion of the Adjustment of Status process. On both occasions Plaintiffs have been told that the case is pending completion of name check and that nothing more could be done.

## CAUSE OF ACTION

13. Plaintiff Rick Brewster is a lawful U.S. citizen and Plaintiff Daomin Yang is a legally entered, presently temporary status resident of the United States and wife to Plaintiff Brewster.

14. The Plaintiffs properly filed an I-485, Application to Register Permanent Resident or Adjust Status, pursuant to Section 245 of the Immigration & Naturalization Act. This application, along with an I-130 and supporting documentation, were filed in person at the San Jose Sub Office on October 24, 2003.

15. The Plaintiffs were subsequently interviewed at the San Jose Sub Office on March 3, 2004, and were informed that the application and petition were approved other than for the pending completion of the name check of Plaintiff Daomin Yang, the I-485 applicant and beneficiary of the I-130. Attached hereto as **Exhibit A** is the Adjustment of Status Notice for Plaintiff Daomin Yang, (Alien Registration No.

95253726) and Adjustment of Status Notice for derivative beneficiary, son Yufei Zhao (Alien Registration No. 96384308), both notices dated March 3, 2004.

16.  Over the last three years since the interview, Plaintiff Yang and the attorneys provided by her past employer, Sun Microsystems, and Plaintiff Brewster have inquired multiple times with the USCIS San Jose Sub Office with regard to the completion of processing of Plaintiff Yang's Adjustment of Status application and Plaintiff Brewster's Petition for Alien Relative. The processing of the application and petition have been repeatedly indicated to be incomplete due to the continued pending status of the name check requirement.

17.  Because of the delay in completion of the Adjustment of Status process, Plaintiff Yang has necessarily applied and submitted fees for and been granted Advance Parole for travel abroad on two occasions sine the March 3, 2004 interview.

18.  Because of the delay in completion of the Adjustment of Status process, Plaintiff Yang has necessarily applied and submitted fees for and renewed her Employment Authorization Document three times, with each application requiring a repeat of the fingerprint processing and its associated fees.

19.  The defendants have unreasonably delayed and failed to properly and timely adjudicate the application and petition. The Defendants have been provided sufficient information to determine Plaintiff Yang's eligibility pursuant to applicable

requirements and to complete the processing procedures. It has been 3 years and 7 months since Plaintiffs filed their I-130 petition and I-485 application. Approvals of the petition and application were indicated at the March 3, 2004 interview at the San Jose Sub Office of the USCIS to be pending completion of the name check of Plaintiff Yang.

20. The Plaintiffs have suffered hardship and are continuing to suffer hardship due to the unreasonable and ongoing delay in the completion of processing of Plaintiffs Petition for Permanent Residence for Plaintiff Yang and derivative beneficiary son Yufei Zhao, and are thereby damaged by the Defendants failure to act in accord with their duties under the law.

(a) Specifically, Plaintiff Daomin Yang has been unable to obtain legal permanent residence and to further pursue naturalization and attainment of citizenship within the United States.

(b) Plaintiff Daomin Yang must make continuing, repeated, and cost burdensome application for various governmental approvals: Advance Parole for traveling abroad for herself and son, and Employment Authorization Document application and its associated yearly finger printing.

(c) The hardship stemming from the continued insecurity arising from not knowing when and if she will be accepted as a permanent resident of the United States.

(d) Hardship is and has been affected upon Plaintiff Rick Brewster due to worry and frustration of having Adjustment of Status of his wife and stepson delayed without indication of length of time for completion, without assurance of completion, and

without method or process, other than lawsuit, of bringing about completion of this government process.

21.  Plaintiffs Rick Brewster and Daomin Yang, as a United States citizen and legally entered resident, have been harmed by the Defendants having failed to adhere to their own responsibilities and regulations by the lengthy delay in completion of processing of the Plaintiffs' I-485 application. The USCIS has stated that the FBI name check is an invaluable part of the security screening process so to ensure that the immigration system is not used as a vehicle to harm our nation or its citizens. Through unreasonable delay in completion of immigrant application processing and the Adjustment of Status applicant name check, the Defendants fail to provide or add meaningful security to the United States against bad actors. Yet also by this unreasonable delay, the immigration system, through the inaction of the USCIS and FBI, does become a vehicle to cause harm to its citizens by becoming an obstacle to the obtainment of Permanent Resident status and ultimate United States citizenship of legally present, honest, tax paying residents.

22.  The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully, unreasonably delaying and withholding action on the Plaintiffs' application and have failed to carry out the adjudicative functions delegated to them by law with regard to the Plaintiffs' case.

PRAYER FOR RELIEF

23. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

(a) requiring the Defendants to complete Plaintiffs' application for action on an approved petition;

(b) requiring Defendants to provide the Plaintiff Daomin Yang with a Notice of Approval and a Notice of Approval also for her derivative beneficiary son, Yufei Zhao;

(c) awarding Plaintiffs' reimbursement of all costs and fees pursuant to the Equal Access to Justice Act;

(d) and granting such other relief at law and in equity as justice may require.

Respectfully submitted,

_____ 6/10/07
Rick G. Brewster

_____ 6/10/07
Daomin Yang

EXHIBIT A, p. 1/2

**U.S. Department of Justice**
*Immigration & Naturalization Service*

1887 Monterey Road
San Jose, CA 95112

## ADJUSTMENT OF STATUS NOTICE

DATE: MAR 3 2004

YOUR ALIEN REGISTRATION No.:

95253726

Riding With _____

Dear Applicant:

Your application for permanent resident status is pending for the reason(s) checked below:

> **INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW.** No response will be given if submitted prior to the 120 days. Inquiries may be submitted in one of the following manners:
>
> **WALK-IN OR DROP OFF INQUIRY:**　　　　　　OR　　　　　**MAIL**
> INFORMATION UNIT LOBBY　　　　　　　　　　　　　　Bureau of Citizenship & Immigration Services
> 1887 Monterey Road, San Jose, CA　　　　　　　　　　ATTN: AOS INQUIRIES
> SERVICE HOURS: Mon., Tues., Wed. and Fri. – 7:00 AM – 3:00 PM　　1887 Monterey Road
> Thurs. – 7:00 AM – 12:00 NOON　　　　　　　　　　　　San Jose, CA 95112
>
> **NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.**

[X] A required background check has been initiated; however, a response is still pending for
  [X] you  ☐ your spouse  ☐ your child(ren): _____

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available. Your category is: _____
Country of Chargeability: _____ Priority Date _____. When a visa number is available, you should **MAIL** a copy of this notice to: B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within* **six months** *from the above date, you may inquire concerning your case in Room 219, Window 2.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are **NOT** available until **October 1st** of each year. If you have not heard anything by **December 1st** of that year, **mail** a copy of this notice to: B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.

☐ Please follow the instructions on Form I-72. You must submit all requested documents within 90 days. Additional time may not be granted (see 8 CFR 103.2(b)(8)).

DAO _____　　　　　　　　　　　　　　　　　☐ ~~Attorney Notified~~

WR-830   (SNJ) 2210   (IREV. 06/05/03)

*Exhibit A, p 2/2*

**U.S. Department of Justice**
*Immigration & Naturalization Service*

1887 Monterey Road
San Jose, CA 95112

# ADJUSTMENT OF STATUS NOTICE

DATE: _____ MAR 3 2004 _____
YOUR ALIEN REGISTRATION No.:

_96 384 308_
Riding With _____

Dear Applicant:

Your application for permanent resident status is pending for the reason(s) checked below:

> **INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW.** No response will be given if submitted prior to the 120 days. Inquiries may be submitted in one of the following manners:
>
> **WALK-IN OR DROP OFF INQUIRY:**           **OR**           **MAIL**
> INFORMATION UNIT LOBBY                                        Bureau of Citizenship & Immigration Services
> 1887 Monterey Road, San Jose, CA                              ATTN: AOS INQUIRIES
> SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM  1887 Monterey Road
> Thurs. – 7:00 AM – 12:00 NOON                                 San Jose, CA 95112
>
> **NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.**

☒ A required background check has been initiated; however, a response is still pending for
    ☒ you   ☐ your spouse   ☐ your child(ren): _____.

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available. Your category is: _____
Country of Chargeability: _____ Priority Date _____. When a visa number is available, you should **MAIL** a copy of this notice to: B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within* **six months** *from the above date, you may inquire concerning your case in Room 219, Window 2.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are **NOT** available until **October 1st** of each year. If you have not heard anything by **December 1st** of that year, **mail** a copy of this notice to: B.C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.

☐ Please follow the instructions on Form I-72. You must submit all requested documents within 90 days. Additional time may not be granted (see 8 CFR 103.2(b)(8)).

DAO _____                                               ☐ ~~Attorney Notified~~

WR-830   (SNJ) 2210       (IREV. 06/05/03)