1
2
3                                                        *E-FILED 8/24/07*
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11    RICK G. BREWSTER, et al.,                      No. C 07-03011 RS
12              Plaintiff(s),
13        v.                                         **ORDER**
14    MICHAEL CHERTOFF, et al.,
15
16              Defendant(s).
      _____/
17        Pursuant to General Order 44, this case has been assigned to Magistrate Judge Richard
18    Seeborg to conduct all further proceedings and to order the entry of final judgment upon the written
19    consent of all parties in the case.
20        IT IS HEREBY ORDERED that the parties shall make a determination regarding the issue of
21    consent to the jurisdiction of the Magistrate Judge in accordance with Title 28, U.S.C. §636(c) and
22    Federal Rule of Civil Procedure 73 and file either a Consent to Proceed Before a United States
23    Magistrate Judge or a Request for Reassignment to a United States District Judge no later than **14**
24    **days from the date of this order**.
25        If the parties do not consent, the case will be randomly reassigned to a District Judge of this
26    court.
27    Dated: August 24, 2007
28                                                    _____
                                                     RICHARD SEEBORG
                                                     United States Magistrate Judge

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY
PROVIDED TO:**

2

3    Ila Casy Deiss    ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

4    Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.

5

6    **AND A COPY WAS MAILED TO:**

7    Rick G. Brewster
Daomin Yang
8    1513 Flamingo Way
San Jose, CA 94087

9

10   Dated: August 24, 2007

11

12                                              /s/ BAK
                                                Chambers of Magistrate Judge Richard Seeborg

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28