SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK G. BREWSTER and DAOMIN YANG,<br><br>         Plaintiffs,<br><br>         v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services;<br>DAVID N. STILL, District Director of the U.S. Citizenship and Immigration Services for San Francisco and San Jose Sub Office;<br>FRANCIS D. SICILIANO, Officer-in-Charge of the U.S. Citizenship and Immigration Service Sub Office for San Jose;<br>ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>         Defendants. | No. C 07-3011 RS<br><br>**ADR CERTIFICATION** |

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

ADR Certification
C07-3011 RS                                             1

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: September 5, 2007

*[signature]*
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: September 5, 2007

*[signatures]*
RICK G. BREWSTER
DAOMIN YANG
*Pro Se*

ADR Certification
C07-3011 RS

2