1 | SCOTT N. SCHOOLS, SC SBN 9990
  | United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
  | Assistant United States Attorney
3 | Chief, Civil Division
  | ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
  | San Francisco, California 94102
6 | Telephone: (415) 436-7124
  | FAX: (415) 436-7169

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK G. BREWSTER and DAOMIN YANG, | No. C 07-3011 RS |
| Plaintiffs, | |
| v. | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
| MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; DAVID N. STILL, District Director of the U.S. Citizenship and Immigration Services for San Francisco and San Jose Sub Office; FRANCIS D. SICILIANO, Officer-in-Charge of the U.S. Citizenship and Immigration Service Sub Office for San Jose; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

The parties have not reached an agreement to an ADR process.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

Last day to file Joint Case Management Statement:    September 19, 2007

Date of Initial Case Management Conference:    September 26 2007

The following parties will participate in the ADR phone conference:

Notice of Need for ADR Phone Conference
C 07-3011 RS                    1

| | *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
|---|---|---|---|---|
| 2 | Ila C. Deiss | Defendants | (415) 436-7124 | (415) 436-7169 |
| 3 | Rick G. Brewster | Pro Se | (408) 857-7814 | (408) 730-6964 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Petitioner's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

_____

**For court use only:**

**ADR Phone Conference Date:** _____  **Time:** _____ **AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date:** _____     _____
                              **ADR Case Administrator**

Notice of Need for ADR Phone Conference
C 07-3011 RS                                    2