1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

| | |
|---|---|
| 12 RICK G. BREWSTER and DAOMIN YANG, ) | |
| ) | No. C 07-3011 RS |
| 13         Plaintiffs, ) | |
| ) | |
| 14      v. ) | **STIPULATION TO EXTEND DATES;** |
| ) | **and [PROPOSED] ORDER** |
| 15 MICHAEL CHERTOFF, as Secretary of the ) | |
| Department of Homeland Security; ) | |
| 16 EMILIO T. GONZALEZ, Director of the U.S. ) | |
| Citizenship and Immigration Services; ) | |
| 17 DAVID N. STILL, District Director of the U.S. ) | |
| Citizenship and Immigration Services for ) | |
| 18 San Francisco and San Jose Sub Office; ) | |
| FRANCIS D. SICILIANO, Officer-in-Charge ) | |
| 19 of the U.S. Citizenship and Immigration Service ) | |
| Sub Office for San Jose; ) | |
| 20 ROBERT S. MUELLER, III, Director of the ) | |
| Federal Bureau of Investigation, ) | |
| 21 ) | |
|         Defendants. ) | |
| 22 _____ ) | |

23     Plaintiffs, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

24 stipulate, subject to the approval of the Court, to the following:

25     1. Plaintiffs filed this action on or about June 11, 2007. The Defendants filed their response on

26 August 20, 2007.

27     2. Pursuant to this Court's June 11, 2007 Order Setting Initial Case Management Conference,

28

Stipulation to Extend Dates
C07-3011 RS                            1

the parties are required to file a joint case management statement on September 19, 2007, and attend a case management conference on September 26, 2007.

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:   October 3, 2007

Case Management Conference:   October 10, 2007 at 2:30 p.m.

Dated: September 18, 2007

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: September 18 , 2007

/s/
RICK G. BREWSTER
DAOMIN YANG
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Extend Dates
C07-3011 RS                    2