**\*E-FILED 9/19/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICK G. BREWSTER, et al.,

    Plaintiff,

v.

MICHAEL CHERTOFF, et al.,

    Defendants.

NO. C 07-03011 RS

**ORDER**

In this action, plaintiffs seek to compel defendants to take action on plaintiff Daomin Yang's I-485 application. It appears the issues raised in the complaint likely are amenable to resolution on summary judgment. The parties are directed, therefore, to file cross-motions for summary judgment as promptly as practicable.

The Order Setting Initial Case Management Conference and ADR Deadlines entered on June 11, 2007, in this action is hereby VACATED.

IT IS SO ORDERED.

Dated: 9/19/07

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-03011 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Ila Casy Deiss     ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Rick G. Brewster
1513 Flamingo Way
Sunnyvale, CA 94087

Daomin Yang
1513 Flamingo Way
Sunnyvale, CA 94087

**Dated: 9/19/07**               **Chambers of Judge Richard Seeborg**

                                **By:     /s/ BAK**

ORDER
C 07-03011 RS

2