SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK G. BREWSTER and DAOMIN YANG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services;<br>DAVID N. STILL, District Director of the U.S. Citizenship and Immigration Services for San Francisco and San Jose Sub Office;<br>FRANCIS D. SICILIANO, Officer-in-Charge of the U.S. Citizenship and Immigration Service Sub Office for San Jose;<br>ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>Defendants. | No. C 07-3011 RS<br><br>**ADMINISTRATIVE MOTION REQUESTING CLARIFICATION** |

In accordance with the Local Rule 7-11, Defendants hereby ask the Court for clarification of its September 19, 2007 Order that vacated dates and directed the parties to file cross-motions for summary judgement when practicable. The Court vacated the parties' case management conference in that Order and on September 23, 2007, Plaintiffs provided Defendants with a discovery request for document production. These immigration mandamus matters have usually proceeded without discovery. Defendants would like clarification on whether this matter is open to discovery, and if it is, whether the Court could place the matter back on calendar for a case

1 | management conference to allow the parties to establish a discovery plan with the Court pursuant
2 | to Fed. R. Civ. P. 26.

3 | Dated: October 12, 2007

Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Administrative Motion
C07-3011 RS                    2