## CERTIFICATE OF SERVICE

### Rick G. Brewster; et al. v. Michael Chertoff; et al.
### C 07-3011 RS

The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers.  The undersigned further certifies that she is causing a copy of the

following document(s):

### ADMINISTRATIVE MOTION REQUESTING CLARIFICATION

to be served this date upon the party(ies) as follows:

✓  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

__  **FACSIMILE (FAX)**  Telephone No.:_____  I caused each such document to be sent by facsimile to the person or offices of each addressee below.

_____  **FEDERAL EXPRESS**

_____  **CERTIFIED MAIL**

_____  **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Rick G. Brewster, Pro Se
Daomin Yang, Pro Se
1513 Flamingo Way
Sunnyvale, CA 94087

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on October 16, 2007 at San Francisco, California.


_____
/s/
CAROL E. WEXELBAUM
Legal Assistant