**United States District Court**
For the Northern District of California

**\*E-FILED 10/16/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK G. BREWSTER, et al., | NO. C 07-3011 RS |
| Plaintiffs, | **ORDER** |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

Defendants have filed an "administrative motion" requesting clarification as to whether discovery is open in this action, given the Court's order vacating the initial case management order and directing the parties to file cross-motions for summary judgment. It has been the Court's experience in cases of this type that the parties ordinarily neither want nor need discovery, and it is not apparent that permitting discovery would be appropriate given the nature of the issues presented. Accordingly, in the event plaintiffs still wish to pursue discovery they shall, within 20 days of the date of this order, file a brief explaining both the nature of the discovery they wish to conduct and the reasons they believe it is necessary. Defendants may respond to any such brief within 10 days of its filing, and the matter will then be submitted for decision without oral argument. Pending further

1

order of Court, all discovery is stayed.

IT IS SO ORDERED.

Dated: October 16, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-3011 RS

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Ila Casy Deiss    ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Rick G Brewster
1513 Flamingo Way
San Jose, CA 94087

Daomin Yang
1513 Flamingo Way
San Jose, CA 94087

**Dated: 10/16/07**                                **Chambers of Judge Richard Seeborg**

                                                   **By:**    /s/ BAK

ORDER
C 07-3011 RS

3