**United States District Court**
For the Northern District of California

**\*E-FILED 11/13/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICK BREWSTER, et al.,

    Plaintiffs,

v.

MICHAEL CHERTOFF, et al.,

    Defendants.

NO. C 07-03011 RS

**ORDER DENYING LEAVE TO CONDUCT DISCOVERY, WITHOUT PREJUDICE**

On October 16, 2007, the Court issued an order clarifying that discovery in this action is not presently open, but providing plaintiffs an opportunity to file a brief setting forth any reasons they believe discovery should be permitted prior to hearing the cross-motions for summary judgment that the Court directed the parties to file in its order of September 19, 2007. Plaintiffs have responded that the discovery they are seeking is relevant to the issues presented in this action and have articulated reasons they believe that to be so. Plaintiffs have not, however, identified any reason that this case differs from numerous other cases resolved in this District on summary judgment *without* prior discovery proceedings. *See*, *e.g.*, *Dong v. Chertoff*, 2007 WL 2601107 (N.D. Cal. Sept. 6, 2007) (holding delay in processing I-485 application of close to two years unreasonable as a matter of law); *Gelder v. Chertoff*, 2007 WL 902382 at \*3 (N.D. Cal. March 22, 2007) (holding that a more than two year delay in processing unreasonable as a matter of law); *Clayton v. Chertoff*, 2007 WL 2904049 at \* 6 (N.D. Cal. Oct. 1, 2007) (recognizing that courts within the district have adopted two years as an unreasonable amount of time.).

1

Under the circumstances, plaintiffs have not shown that it would be appropriate to permit discovery at this juncture. This ruling is without prejudice should it subsequently appear that discovery is necessary to resolve the issues presented by the parties' cross-motions for summary judgment.

IT IS SO ORDERED.

Dated: November 13, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Ila Casy Deiss    ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Rick G Brewster
1513 Flamingo Way
Sunnyvale, CA 94087

Daomin Yang
1513 Flamingo Way
Sunnyale, CA 94087

**Dated: 11/13/07**                              **Chambers of Judge Richard Seeborg**

                                                 **By:      /s/ BAK**

ORDER DENYING LEAVE TO CONDUCT DISCOVERY
C 07-03011 RS

3