# CERTIFICATE OF SERVICE

Regarding Civil Case C07-03011 RS



Plaintiffs' Brief in Support of Discovery and Plaintiffs' Request for Document Production

Service Completion Date: November 5, 2007

Service completed via certified delivery of U.S. mail from Sunnyvale, CA.

Service completed to Defendants Counsel:

Office of U.S. Attorney General
Ila Deiss / Scott N. Schools
450 Golden Gate Ave.
Box 36055
San Francisco, CA  94102

The Document Served to the above is:

Plaintiffs' Brief in Support of Discovery and Plaintiffs' Request for Document Production

I hereby swear under penalty of perjury to having made service of the above documents to the above named parties in the manner stated and that all statements herein are true.

_____          November 19, 2007
Rick G. Brewster                              Date

1