Rick G. Brewster
1513 Flamingo Way
Sunnyvale, CA 94087
(408) 857-7814
(408) 730-6964 (FAX)

Daomin Yang
1513 Flamingo Way
Sunnyvale, CA 94087
(408) 505-7268
(408) 730-6964 (FAX)

Plaintiffs

FILED

2007 NOV 27  A 11: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Rick Brewster and Daomin Yang** | ) Case No.: C 07-03011 RS |
| **Plaintiffs** | ) |
| v. | ) |
| **Michael Chertoff**, Secretary of U.S. Department of Homeland Security; **Emilio T. Gonzalez**, Director of U.S. Citizenship and Immigration Services; **David N. Still**, District Director of USCIS for San Francisco and San Jose Sub Office; **Francis D. Sicilicano**, Officer-In-Charge of USCIS Sub Office for San Jose: **Robert S. Mueller, III**, Director of the Federal Bureau of Investigation | ) **STIPULATION TO HEAR** ) **DEFENDANTS' MOTION FOR** ) **SUMMARY JUDGMENT AND** ) **PLAINTIFFS' MOTION FOR SUMMARY** ) **JUDGMENT IN JOINED HEARING** ) |
| **Defendants** | ) |

Plaintiffs, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

STIPULATION TO HEAR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT IN JOINED HEARING, C07-03011 RS, - 1

1. Defendants filed their Motion for Summary Judgment and Declaration of Hamzeh Sarsour on November 5, 2007 with hearing date requested as December 19, 2007 at 9:30 a.m in Courtroom 4, 5th floor.

2. Plaintiffs filed their Motion for Summary Judgment on November 20, 2007 with Notice of Motion given then without particular date for hearing being stipulated.

3. Defendants and Plaintiffs agree and request this Court to join hearing of Plaintiffs' Motion for Summary Judgment with hearing of Defendants' Motion for Summary Judgment, with time and location to remain the same as stipulated by Defendants' notice.

Dated: November 25, 2007

_____          _____
Rick Brewster                    Daomin Yang
Plaintiff                        Plaintiff

Dated: 11/25/07

_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

STIPULATION TO HEAR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT IN JOINED HEARING, C07-03011 RS, - 2