CERTIFICATE OF SERVICE

Regarding Civil Case C07-03011 RS

Plaintiff's Delivery of Opposition Brief and Plaintiffs' Motion for Summary Judgment

Service Completion Date: November 27, 2007

Service completed via certified delivery of U.S. mail from Sunnyvale, CA.

Service completed to Defendants Counsel:

Office of U.S. Attorney General
Ila Deiss / Scott N. Schools
450 Golden Gate Ave.
Box 36055
San Francisco, CA 94102



The Documents Served to the above are:

1) Plaintiffs' Notice of Motion and Motion for Summary Judgment,
   filed November 20, 2007

2) Plaintiffs' Brief in Opposition to Defendants' Motion for Summary Judgment,
   filed November 21, 2007

I hereby swear under penalty of perjury to having made service of the above documents to the above named parties in the manner stated and that all statements herein are true.

Rick G. Brewster                    11/30/07
                                    Date

1