1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK G. BREWSTER and DAOMIN YANG,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; DAVID N. STILL, District Director of the U.S. Citizenship and Immigration Services for San Francisco and San Jose Sub Office; FRANCIS D. SICILIANO, Officer-in-Charge of the U.S. Citizenship and Immigration Service Sub Office for San Jose; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>Defendants. | No. C 07-3011 RS<br><br>**STATUS REPORT** |

The parties' cross-motions for summary judgment have been submitted. The Court vacated the December 19, 2007 hearing date on the motions. A material change in the administrative proceedings has occurred. Defendants hereby submit a status report on the administrative proceedings.

This is a mandamus action seeking an order directing Defendants to adjudicate two applications for adjustment of status. On December 14, 2007, United States Citizenship and

Status Report
C07-3011 RS                                        1

1 | Immigration Services approved Plaintiff Daomin Yang's application for adjustment of status,
2 | appended hereto. The application for Plaintiffs' son remains pending.
3 |
4 | Dated: December 20, 2007                                /s/
                                                      ILA C. DEISS
5 |                                                   Assistant United States Attorney
                                                      Attorney for Defendants