# APPENDIX

DEPT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
1887 MONTEREY ROAD
SAN JOSE, CALIFORNIA 95112

DAOMIN YANG
PETITIONER: RICKY BREWSTER
1513 FLAMINGO WAY
SUNNYVALE, CA 94087

Date: DEC 1 4 2007
A: 95 253 726
Approval Date: DEC 1 4 2007
Adj. Class: IR6

DEAR APPLICANT/S: CIS, SNJ, AOS

Please be advised that you have been granted permanent resident alien status as of the above date. This letter should not be regarded as proof of that status. You are being processed for an alien registration card which will be mailed to you at the above address within the next few months. If you require proof of your status for employment or travel, you may request a temporary stamp be placed in your passport. To obtain service from our office you must make an appointment. For service appointments, go through the Internet and log on to our website under: www.infopass.uscis.gov and follow the guidelines.

Representative notified:    JEFFREY J. RUMMEL

SINCERELY,

for: FRANCIS D. SICILIANO
FIELD OFFICE DIRECTOR