1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  RICK G. BREWSTER and DAOMIN YANG,        )
                                             )  No. C 07-3011 RS
13              Plaintiffs,                   )
                                             )
14         v.                                 )  **STIPULATION TO DISMISS; AND**
                                             )  **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, as Secretary of the    )
    Department of Homeland Security;         )
16  EMILIO T. GONZALEZ, Director of the U.S. )
    Citizenship and Immigration Services;    )
17  DAVID N. STILL, District Director of the U.S. )
    Citizenship and Immigration Services for )
18  San Francisco and San Jose Sub Office;   )
    FRANCIS D. SICILIANO, Officer-in-Charge  )
19  of the U.S. Citizenship and Immigration Service )
    Sub Office for San Jose;                 )
20  ROBERT S. MUELLER, III, Director of the  )
    Federal Bureau of Investigation,         )
21                                           )
                Defendants.                  )
22  _____ )

23      Plaintiffs, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

24  stipulate, subject to the approval of the Court, to dismissal of this case because the United States

25  Citizenship and Immigration Services (USCIS) has adjudicated Plaintiffs' Form I-485 applications

26  for adjustment of status to legal permanent residents.

27      Each party shall pay for their own costs and fees.

28  ///

    Stipulation to Dismiss; and [Proposed] Order
    C07-3011 RS                          1

1

2

Dated: December 26, 2007                    /s/
3                                                    _____
                                                    ILA C. DEISS
4                                                   Assistant United States Attorney
                                                    Attorney for Defendants
5

6   Dated: January 3, 2007                       /s/
                                                    _____
7                                                   RICK G. BREWSTER
                                                    DAOMIN YANG
8                                                   *Pro Se*

9

10

11                              **ORDER**

12       Pursuant to stipulation, IT IS SO ORDERED.

13

14

Date:
15                                                  _____
                                                    RICHARD SEEBORG
16                                                  United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss; and [Proposed] Order
C07-3011 RS                        2