**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

<u>Rick g. Brewster and Daomin Yang v. Michael Chertoff, et al.</u>
Case No. CV 07-3011 RS

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **ELECTRONIC MAIL**

____   **FEDERAL EXPRESS**

____   **FACSIMILE (FAX)** Telephone No.: <u>See Below</u>

to the party(ies) addressed as follows:

**Rick G. Brewster**
**Daomin Yang**
**1513 Flamingo Way**
**Sunnyvale, CA 94087**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 3, 2008 at San Francisco, California.

_____
BONNY WONG
Legal Assistant